1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4

5  Attorneys for Plaintiff, Barbara Modrzejewski

6

7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                              )  **CASE NO. C07-0686 (CRB)**
       **IN RE: BEXTRA AND CELEBREX**           )
14     **MARKETING SALES PRACTICES AND**        )  **MDL NO. 1699**
       **PRODUCT LIABILITY LITIGATION**         )  **District Judge: Charles R. Breyer**
15     _____    )
                                                )
16     **BARBARA MODRZEJEWSKI,**                )
                                                )
17                                              )  **STIPULATION AND ORDER OF**
             **Plaintiff,**                     )  **DISMISSAL WITH PREJUDICE**
18                                              )
       **vs.**                                  )
19                                              )
       **G.D. SEARLE & CO.; PHARMACIA**         )
20     **CORPORATION; MONSANTO**                )
       **COMPANY; and PFIZER, INC.,**           )
21                                              )
                                                )
22           **Defendants.**                    )
                                                )
23                                              )
                                                )
24

25

26     Come now the Plaintiff, **BARBARA MODRZEJEWSKI** and Defendants, by and

27     through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

28

                                       -1-

                **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
       EAST\42531961.1

1  hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

2  attorneys' fees and costs.

3

4

5      DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                        By: _Mark P. Robinson, Jr._

7                                        MARK P. ROBINSON, JR.
                                          Attorneys for Plaintiff Barbara Modrzejewski
8

9
       DATED: _Oct. 22_ , 2009           DLA PIPER LLP (US)
10

11                                        By: _/s/_

12                                        Matt Holian
                                          Attorneys for Defendants
13

14

15     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**
16

17     Dated: **OCT 2 8 2009**
18                                        Hon. Charles R. Breyer
                                          United States District Court
19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1